# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-917

**Caption [use short title]**

**Motion for:** motion to hold appeals in abeyance.

Set forth below precise, complete statement of relief sought:

Plaintiff- Appellants respectfully move to have appeal 25-917 held in abeyance pending the Court's disposition of the appeal in No. 24-916

Davis et al., v. Johnson & Johnson Consumer Inc. et al.

**MOVING PARTY:** Plaintiffs   **OPPOSING PARTY:** Defendants

☑ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** David R. Buchanan   **OPPOSING ATTORNEY:** Jay P. Lefkowitz

[name of attorney, with firm, address, phone number and e-mail]

Seeger Weiss LLP 55 Challenger Road,
Ridgefield Park NJ 07660 973-639-9100
dbuchanan@seegerweiss.com

Kirkland & Ellis, LLP, 601 Lexington Avenue,
New York, NY 10022, 212-446-4800
lefknowitz@kirkland.com

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ David R. Buchanan    **Date:** 4/22/2025   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| Alexander Davis *et al.*,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>Johnson & Johnson Consumer Inc. *et. al.*,<br><br>Defendants-Appellees. | Appeal No. 25-917 |

## PLAINTIFFS-APPELLANTS' MOTION TO HOLD APPEALS IN ABEYANCE

Plaintiffs-Appellants ("Plaintiffs") in the above-captioned appeal respectfully move to have the appeal in *Davis v. Johnson & Johnson Consumer Inc.*, Appeal No. 25-917 ("*Davis*"), on April 10, 2025 held in abeyance pending the Court's disposition of the appeal in *Rutledge v. Walgreen Co.*, No. 24-916 ("*Rutledge*"). The reasons supporting this motion are fully set forth in the accompanying Declaration of David R. Buchanan, dated April 22, 2025.

Dated: April 22, 2025

                                                Respectfully submitted,

                                         *s/ David R. Buchanan*
                                         DAVID R. BUCHANAN
                                         SEEGER WEISS LLP
                                         55 Challenger Road, 6th Floor
                                         Ridgefield Park, NJ 07660
                                         Telephone: (973) 639-9100
                                         Facsimile: (973) 679-8656
                                         Email: dbuchanan@seegerweiss.com
                                         *Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of April, 2025, I served the foregoing motion on all counsel of record in these appeals through the Court's CM/ECF system.

*s/ David R. Buchanan*
DAVID R. BUCHANAN

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| Alexander Davis *et al.*,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>Johnson & Johnson Consumer Inc. *et. al.*,<br><br>Defendants-Appellees. | Appeal No. 25-917 |

**DECLARATION OF DAVID R. BUCHANAN IN SUPPORT OF PLAINTIFFS-APPELLANTS' MOTION TO HOLD APPEALS IN ABEYANCE**

DAVID. R. BUCHANAN declares the following pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Seeger Weiss LLP and am admitted to practice in the States of New York and New Jersey and am also admitted to the Bar of this Court. I am counsel of record for Plaintiffs-Appellants ("Plaintiffs") in the above-captioned appeals. I have personal knowledge of the matters set forth herein based on my role as counsel of record and my review of the case files in these matters.

2. I make this Declaration in support of Plaintiffs' motion to have the appeal in *Davis v. Johnson & Johnson Consumer Inc.*, Appeal No. 25-917 ("*Davis*"), on April 10, 2025 held in abeyance pending the Court's disposition of the appeal in

*Rutledge v. Walgreen Co.*, No. 24-916 ("*Rutledge*").

3. *Davis*, and *Rutledge* all arise out of the multidistrict litigation captioned *In re Acetaminophen—ASD-ADHD Products Liability Litigation*, No. 22-md-3043, which was centralized by the Judicial Panel on Multidistrict Litigation in the Southern District of New York ("the *Acetaminophen* MDL").

4. Specifically, both appeals seek review of the district court's December 18, 2023 decision excluding, under Federal Rule of Evidence ("FRE") 702, all of the expert opinions that the plaintiffs in the *Acetaminophen* MDL had proffered concerning general causation. *In re Acetaminophen—ASD-ADHD Prods. Liab. Litig.*, 707 F. Supp. 3d 309, 333-72 (S.D.N.Y. 2023) (ECF No. 1381 in No. 22-md-3043). Based on that ruling, the district court entered granted summary judgment, concluding that the plaintiffs could not present any evidence of causation based on that court's FRE 702 ruling, and it entered final judgment dismissing the cases. *See* No. 22-md-3043 (S.D.N.Y.) (ECF Nos. 1409, 1503).

5. *Rutledge* is the lead appeal challenging the district court's decision, and it has been fully briefed. Briefing there was completed with the filing of the plaintiffs-appellants' reply brief on December 2, 2024 (ECF Nos. 198-99 in Appeal No. 24-916).

6. Consequently, should this Court find reversible error in *Rutledge* as to the district court's exclusion of the *Acetaminophen* MDL plaintiffs' expert

2

testimony, it would also require the reversal of the final judgments in *Davis*.

      7.    Because the Court's resolution of *Rutledge* will almost certainly be dispositive of the *Davis* appeal, the interests of judicial efficiency and economy would best be served by holding the *Davis* appeal in abeyance, thereby avoiding both unnecessary, duplicative briefing as well as the needless commitment of judicial resources in adjudicating those appeals.

      8.    Counsel for Plaintiffs in the *Davis* appeals has contacted counsel for Defendants-Appellees concerning the relief requested herein. Counsel for Defendants-Appellees have advised that they do not oppose this motion.

      9.    Under penalty of perjury, I declare the foregoing to be true and correct. Executed this 22nd day of April, 2025

                                      *s/ David R. Buchanan*
                                      DAVID R. BUCHANAN

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of April, 2025, I served the foregoing declaration on all counsel of record in these appeals through the Court's CM/ECF system.

                                              *s/ David R. Buchanan*
                                                DAVID R. BUCHANAN