# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand twenty-five.

Before:     Beth Robinson,
                 *Circuit Judge.*

_____

| | |
|---|---|
| A. K., a minor and is a minor, as Guardian ad Litem of Jeanette Gray, et al., | **ORDER** |
|     Plaintiffs - Appellants, | Docket No. 25-917 |
| v. | |
| Johnson & Johnson Consumer Inc., Target Corporation, CVS Pharmacy, Inc, Walmart, Inc., Walgreens Co., The Kroger Co., | |
|     Defendants - Appellees. | |

_____

    Appellants move to hold this appeal in abeyance pending the Court's decision in *Rutledge v. Walgreen Co.*, No. 24-916.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                            For the Court:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court